In Re Validation of $50,000 Road and Bridge Bonds Fourth Suprs. Dist., Prentiss County, Miss.

No. 40119         April 23, 1956         87 So. 2d 60

*Wm. L. Sharp,* Corinth, for appellant.

*E. K. Windham,* Booneville, for appellee.

Hall, J.

This case is controlled by No. 40,112, W. V. Hutchins v. Board of Supervisors of Alcorn County, Mississippi, this day decided.

Affirmed.

*McGehee, C. J.,* and *Kyle, Arrington* and *Gillespie, JJ.,* concur.